IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY __MC__ D.C.

SEP 20 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Civil Action No. _____

TASH JERNAZIAN _____,

Plaintiff,

v.

MIAMI-DADE PUBLIC LIBRARY SYSTEM _____,

Defendants.

## PARTIES

TASH JERNAZIAN
3610 NE 1ST AVENUE, UNIT #C
MIAMI, FL 33137-3602

MIAMI-DADE PUBLIC LIBRARY SYSTEM
6000 SUNSET DRIVE
SOUTH MIAMI, FL 33143

## COMPLAINT

**CLAIM ONE**

Plaintiff claims, MIAMI-DADE PUBLIC LIBRARY SYSTEM, caused them domestic violence. Plaintiff claims the department allowed and fostered a culture a harassment within the County Library System. Plaintiff claims they were mask harassed within government library buildings. They were also denied fair access to the library and various public resources. Plaintiff seeks punitive damages for domestic violence they incurred as a result.

### C.     ADDITIONAL CLAIMS

Additional parties and additional claims may be added to this lawsuit as addendum.

### D.     REQUEST FOR RELIEF

Plaintiff requests a trial by jury. Plaintiff reserves right to bench trial to judge. Plaintiff is requesting a $105,000 US dollars per claim alleged as punitive damages.

### E.     PLAINTIFF'S SIGNATURE

_____
(Plaintiff signature)


_____August 19, 2022_____
(Date)

Tash Jernazian
3610 NE 1st Ave., Unit #5
Miami, FL 33137

MIAMI FL 330
17 SEP 2022 PM 5 L

U.S. District Court for Southern Florida
400 North Miami Avenue
Miami, FL 33128

33128-180199